**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM SINGLETON,

      Plaintiff,

v.                                                    Case No. 3:15-cv-835-J-32JRK

AMERICAN EAGLE OUTFITTERS,
INC.,

      Defendant.

_____

## O R D E R

Upon review of the Joint Stipulation of Dismissal With Prejudice (Doc. 29), filed on July 14, 2016, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of July, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record